# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151760

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

RASHAUN DEVELL WILCOX, a/k/a
RAYSHAWN WILCOX,
          Defendant-Appellant.

SC: 151760
COA: 326644
Wayne CC: 12-006125-FH

_____/

        On order of the Court, the application for leave to appeal the June 2, 2015 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2016



Clerk

s0516